AO 91 (Rev. 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Marlon Enrique Gallegos-Rapalo    *Principal*
YOB:   1981    Honduras

**CRIMINAL COMPLAINT**

United States District Court
Southern District of Texas
FILED

APR 0 1 2017

Clerk of Court

Case Number: M-17-582-M

(Name and Address of Defendant)

5/12/17 lc

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ~~February 28, 2017~~ February 19, 2017 through February 27, 2017 in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Claudia Isama Merino-Andrade and Ruth Emerita Galdamez-Gomez, citizens and nationals of El Salvador, who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(iii)__ **FELONY**
I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

On February 28th 2017, Border Patrol Agents apprehended a group of subjects near McCook, Texas that led to a 1 on 9 human smuggling case (M-17-0402-M). During the interview, two material witnesses later identified as Claudia Isamar MERINO-Andrade and Ruth Emerita GALDAMEZ-Gomez, identified a subject by the name of Marlon Enrique GALLEGOS-Rapalo as the care taker of the stash house they were previously held in.

SEE ATTACHED
I declare under penalty of perjury that the statements in this complaint are true and correct.
Executed on April 1, 2017.

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable casue found on:

/s/ Salvador Mendez
Signature of Complainant

Salvador Mendez    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

April 01, 2017
Date

at    McAllen, Texas
City and State

Dorina Ramos, U.S. Magistrate Judge
Name and Title of Judicial Officer

Dorina Ramos
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-17-582-M

RE: Marlon Enrique Gallegos-Rapalo.

## CONTINUATION:

### MATERIAL WITNESS 1
Claudia Isamar Merino-Andrade a citizen of El Salvador was read her Miranda Rights and agreed to provide a statement without an attorney present.

MERINO stated that she was to pay $3000 USD to be smuggled into the United States. MERINO stated that once in the United States, she was transported to a residence. Merino stated that her brother who lives in the United States was instructed by an unknown smuggler to wire the money to a person by the name of Marlon Enrique GALLEGOS-Rapalo. MERINO stated that a person that goes by the name of "Gordo" or "Marlon" was in charge of the illegal aliens at the stash house where she was being held in. MERINO then stated that "Marlon" would drop off food and water to them two to three times a day. MERINO stated that "Marlon" was also the organizer of the group of illegal aliens that were coming and going from the stash house.

MERINO was shown a photo lineup and was able to identify Marlon Enrique GALLEGOS-Rapalo as the person she knew as "Marlon".

### MATERIAL WITNESS 2
Ruth Emerita GALDAMEZ-Gomez was read her Miranda Rights and agreed to provide a statement without an attorney present.

GALDAMEZ stated she was to pay $8000 USD to be smuggled into the United States. GALDAMEZ stated that once in the United States she was transported to a residence. GALDAMEZ stated that she knew where she being held at and gave agents the address of 19 East La Vista Avenue, McAllen, Texas. GALDAMEZ stated that a person that goes by the name of "Gordo" or "Marlon" was the person in charge of the illegal aliens at the address she provided. GALDAMEZ stated that "Marlon" would drop off food to them two to three times a day. GALDAMEZ stated that "Marlon was also the organizer of the group of illegal aliens that were coming and going from the stash house. GALDAMEZ then stated they would call him by the name "Marlon" when she was at the stash house she was being held in.

GALDAMEZ was shown a photo lineup and was able to identify Marlon Enrique GALLEGOS-Rapalo as the person they call "Marlon".